965 A.2d 112

IN THE MATTER OF ANTHONY F. NATALE,
AN ATTORNEY AT LAW.

February 10, 2009.

## ORDER

**ANTHONY F. NATALE** of **CRANFORD,** who was admitted to the bar of this State in 1989, having pleaded guilty in the United States District Court for the District of New Jersey to one count of conspiracy to commit wire fraud contrary to 18 *U.S.C.* § 1343, in violation of 18 *U.S.C.* § 371, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **ANTHONY F. NATALE** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **ANTHONY F. NATALE** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **ANTHONY F. NATALE** comply with *Rule* 1:20–20 dealing with suspended attorneys.